**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER STERNER,**

        **Plaintiff,**

-vs-                                       **Case No. 6:06-cv-1351-Orl-28KRS**

**LOW GRAVITY, INC., DANIEL HATCHER,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on Plaintiff's Motion for an Extension of Time to File Plaintiff's Motion for Default Final Judgment, doc. no. 9, and the Answer to Complaint filed by Defendants Daniel Hatcher and Low Gravity Inc, doc. no. 11.

Plaintiff Jennifer Sterner represents that the defendants have spoken with her counsel in an attempt to resolve this dispute, but were unable to do so. Doc. No. 9. Because default was entered against the defendants in this case, doc. no. 10, she requests an extension of time to file her motion for final default judgment. Doc. No. 9. Meanwhile, Hatcher filed an answer to the complaint on behalf of himself and the corporation. Doc. No. 11.

The defendants are advised that pursuant to Local Rule 2.03(e), a corporation can only appear and be heard through counsel of record who is a member of the bar of this Court. It does not appear that Hatcher is an attorney authorized to practice before this Court. Therefore, the answer is ineffective as to Low Gravity Inc.

Additionally, because default was entered against the defendants prior to the filing of the answer, the defendants must move that the entry of default be set aside pursuant to Federal Rule of Civil Procedure 55(c). As with the answer, this motion must be filed by an attorney to be effective for the corporation. Therefore, if Low Gravity Inc. intends to be heard in this matter, it is imperative that it retain an attorney to enter a notice of appearance on its behalf immediately.

Based on the foregoing, it is **ORDERED** that the defendants shall have until February 9, 2007, to move that the default entered against them be set aside. If no motion is filed by that date, Sterner shall have until February 23, 2007, to file a motion for final default judgment against the defendants. The Clerk of Court is directed to mail a copy of this Order to the defendants at the address provided on the answer, doc. no. 11.

**DONE** and **ORDERED** in Orlando, Florida on January 19, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties