# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JENNIFER STERNER,**

         **Plaintiff,**

**-vs-**                                          **Case No. 6:06-cv-1351-Orl-28KRS**

**LOW GRAVITY, INC., DANIEL HATCHER,**

         **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO SET ASIDE DEFAULT (Doc. No. 13)**
>
> **FILED:** **February 5, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Clerk of Court is directed to vacate the defaults entered against Defendants Low Gravity, Inc., and Daniel Hatcher are set aside. Fed. R. Civ. P. 55(c). The defendants shall have until March 2, 2007, to answer or otherwise respond to the complaint.

**DONE** and **ORDERED** in Orlando, Florida on February 20, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties